FILED
Charlotte
Dec 04 2025
U.S. District Court
Western District of N.C.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Dashawn Alexander Pope | ) Case No. 3:25-cr-261-KDB |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dashawn Alexander Pope,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §922(g)(1) - Possession of Firearm by Convicted Felon

Date: 9/18/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 09/18/25, and the person was arrested on *(date)* 12/02/25
at *(city and state)* Newport News, VA.

Date: 12/02/25

*Arresting officer's signature*

Daniel Wolosynowski, II, Special Agent
*Printed name and title*

Case 3:25-cr-00261-KDB-DCK   Document 2   Filed 09/18/25   Page 1 of 1

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Dashawn Alexander Pope

Known aliases:

Last known residence: 6311 Tiara Lane Apt #201 Charlotte, NC 28212

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 03/18/1995

Social Security number: 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

Height:                                Weight:

Sex: Male                              Race: Black

Hair: Black                            Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 539542VD1

Complete description of auto:

Investigative agency and address: Emily Kellner, ATF // emily.kellner@cmpd.org // (704) 621-6283

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: