CR96C♦ AO 470  (Rev. 12/03) Order of Temporary Detention



FILED
IN OPEN COURT
DEC - 2 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## EASTERN District of VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| V. | Case No.  2:25mj269 |
| Dashawn Alexander Pope  *Defendant* | |

Upon motion of the _____United States_____

detention hearing is set for ___12-5-25___ * at ___2:00___
　　　　　　　　　　　　　　　Date　　　　　　　　　　　Time

before _____ United States Magistrate Judge _Leonard_ _____
　　　　　　　　　　　　　Name of Judicial Officer

_____Norfolk, Virginia_____
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Other Custodial Official

Date: __12-2-25__　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

　　* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

　　A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.