# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-00269-LRL-1

Case title: USA v. Pope                           Date Filed: 12/02/2025

Other court case number: 3:25cr261 WDNC           Date Terminated: 12/05/2025

Assigned to: Magistrate Judge Lawrence R. Leonard

**Defendant (1)**

**Dashawn Alexander Pope**                represented by    **Dashawn Alexander Pope**
*TERMINATED: 12/05/2025*                                    PRO SE

**Pending Counts**                                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                              **Disposition**
None

**Plaintiff**

**USA**                                   represented by    **Clayton Davidson LaForge**
                                                            USAO Eastern District of Virginia
                                                            Norfolk Ausa
                                                            101 W. Main St.
                                                            Suite 8000
                                                            Norfolk, VA 23510
                                                            757-441-3031
                                                            Email: clayton.laforge@usdoj.gov
                                                            *LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2025 | 1 | Arrest of Dashawn Alexander Pope in EDVA on warrant out of WDNC. (lwoo) (Entered: 12/02/2025) |
| 12/02/2025 | 2 | Rule 5(c)(3) Documents Received as to Dashawn Alexander Pope. (lwoo) (Entered: 12/02/2025) |
| 12/02/2025 | | Set Hearings as to Dashawn Alexander Pope: Initial Appearance - Rule 5(c)(3)set for 12/2/2025 at 01:30 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Lawrence R. Leonard. (lwoo) (Entered: 12/02/2025) |
| 12/02/2025 | 3 | Minute Entry for Initial Appearance in Rule 5(c)(3) Proceedings as to Dashawn Alexander Pope held on 12/2/2025 before Magistrate Judge Lawrence R. Leonard. Clayton LaForge, AUSA, appeared on behalf of Govt. Defendant present in custody, advised of rights and charges and requests court-appointed counsel-GRANTED. Andrew Grindrod, AFPD, appointed in open court. Govt motion for detention-GRANTED. Detention/ID hearing set for 12/5/25 at 2:00 before Judge Leonard in Magistrate Courtroom Two. Defendant remanded to USM custody. (Court Reporter FTR-Mag 2.)(lwoo) (Entered: 12/02/2025) |
| 12/02/2025 | 4 | CJA 23 Financial Affidavit by Dashawn Alexander Pope. (lwoo) (Entered: 12/02/2025) |
| 12/02/2025 | 5 | Due Process Protections Act Order as to Dashawn Alexander Pope. Signed by Magistrate Judge Lawrence R. Leonard and filed in open court on 12/2/25. (lwoo) (Entered: 12/02/2025) |
| 12/02/2025 | 6 | Temporary Detention Order as to Dashawn Alexander Pope. Signed by Magistrate Judge Lawrence R. Leonard and filed in open court on 12/2/25. (lwoo) (Entered: 12/02/2025) |
| 12/04/2025 | 7 | Pretrial Services Bond REPORT (Initial Pretrial Services Bond Report) (SEALED - government and defense counsel) as to Dashawn Alexander Pope. (Pittman, Melanie) (Entered: 12/04/2025) |
| 12/05/2025 | 8 | Minute Entry for Detention, Identity and Preliminary Hearings as to Dashawn Alexander Pope held on 12/5/2025 before Magistrate Judge Lawrence R. Leonard. Defendant present in custody. Defendant waives all hearings in EDVA district to be heard in WDNC. Waiver filed in open court. Defendant remanded.<br><br>**Appearances**: AUSA Clayton LaForge for the Government, AFPD Rodolfo Cejas for defendant (Court Reporter FTR-Mag 2.)(lwoo) (Entered: 12/05/2025) |
| 12/05/2025 | 9 | WAIVER of Rule 5 Hearings by Dashawn Alexander Pope (lwoo) (Entered: 12/05/2025) |
| 12/05/2025 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Dashawn Alexander Pope. Defendant committed to Western District of North Carolina. Signed by Magistrate Judge Lawrence R. Leonard and filed on 12/5/25. Copy to USM. (lwoo) (Entered: 12/05/2025) |